```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Juan Garcia,

           Defendant.

04-CR-603 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

       The Court is in receipt of Defendant Juan Garcia's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  The Government is hereby ORDERED to respond to Defendants letter motion by September 17, 2020.  The Clerk of Court is respectfully directed to mail a copy of this Order to the Defendant.

       SO ORDERED.

Dated: September 11, 2020
       New York, New York

                                          ALISON J. NATHAN
                                        United States District Judge