```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Juan Garcia,

                  Defendant.

04-CR-603 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      As of the date of this Order, the Court has not received Defendant's reply to the Government's September 17, 2020 opposition to his motion for compassionate release, *see* Dkt. No. 234.  If Defendant wishes to file a reply, he may do so by October 14, 2020.  The Clerk of Court is respectfully directed to mail a copy of this Order and of the Government's Opposition, Dkt. No. 234, to the Defendant and to note that mailing in the public docket.

      SO ORDERED.

Dated: October 1, 2020
       New York, New York

                                                ALISON J. NATHAN
                                           United States District Judge