UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN GARCIA,

                Defendant.

No. 04-CR-603 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Juan Garcia's moving papers [dkt. nos. 239, 242] requesting a reduction of his sentence under 18 U.S.C. § 3582(c)(2). The Government shall respond to Mr. Garcia's moving papers by June 25, 2021. Mr. Garcia shall file any reply by July 26, 2021.

**SO ORDERED.**

Dated:    May 28, 2021
            New York, New York

                              /s/ Loretta A. Preska
                              LORETTA A. PRESKA
                              Senior United States District Judge