UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/21
```

United States of America,

–v–

Juan Garcia,

Defendant.

04-cr-603 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Mr. Garcia's letter requesting appointment of counsel. Dkt. No. 245. Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, the Court hereby appoints Michael Tremonte to represent Mr. Garcia in connection with his pending motions under 18 U.S.C. § 3582(c)(1)(A) and § 3582(c)(2). Within three weeks of this Order, Mr. Tremonte shall meet and confer with the Government and the parties shall jointly propose a briefing schedule.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Garcia. This resolves Dkt. No. 245.

SO ORDERED.

Dated: July 29, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge