UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Juan Garcia,

      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/21

4-cr-603-1 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

  On August 21, 2021, the Court approved the parties' proposed briefing schedule regarding Mr. Garcia's anticipated motions under to 18 U.S.C. § 3582(c)(1)(A) and (c)(2). Dkt. No. 247. Pursuant to that schedule, defense counsel was to file submissions by September 17, 2021. The Court is not in receipt of the submissions. If Mr. Garcia still intends to move the Court for relief, then defense counsel must submit such motions on or before October 14, 2021.

  SO ORDERED.

Dated: September 30, 2021
   New York, New York

                   _____
                   ALISON J. NATHAN
                  United States District Judge