**SHER TREMONTE** LLP

September 10, 2021

**BY ECF**

Hon. Allison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York, 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/21

The Court GRANTS Defendant's request for a three-week adjournment. The briefing schedule is as follows:
- Defense submission by November 5, 2021
- Government response by November 19, 2021
- Defense reply by December 3, 2021
SO ORDERED.

*/s/ Allison J. Nathan* 10/12/21

      **Re:**    *United States v. Garcia*
             Case No. 04 Cr. 603 (AJN)

Dear Judge Nathan:

      I write on behalf of our client, Juan Garcia, to respectfully request a three week adjournment of the upcoming deadline to file additional briefing in support of Mr. Garcia's pending motions under 18 U.S.C. § 3582(c)(1)(A) and § 3582(c)(2). With apologies to the Court, the undersigned inadvertently failed to take note of the court's previous briefing schedule (Dkt. 246), which was filed on July 29, 2021, at which time the undersigned was on trial before the Hon. Jed S. Rakoff. Now, the undersigned is again on trial before the Hon. Paul G. Gardephe, and we anticipate that the trial will run at least through the end of the coming week.

      We appreciate the Court's consideration.

                              Respectfully submitted,

                              */s/ Michael Tremonte*

                              Michael Tremonte

cc:     All counsel of record (by ECF)