# SHER TREMONTE LLP

December 2, 2021



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/21

**BY ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

      Re:   *United States v. Juan Garcia*,
            04 Cr. 603 (AJN)

Dear Judge Nathan,

    I write on behalf of our client, Juan Garcia, to respectfully request an adjournment to December 13, 2021 to file a reply brief in further support of Mr. Garcia's motions pursuant to 18 U.S.C. § 3582(c)(1)(A) seeking compassionate release and 18 U.S.C. § 3582(c)(2) seeking a sentence reduction. The reply brief is currently due on December 3, 2021. The undersigned needs additional time to research and gather evidence regarding the arguments raised by the government in their opposition.

SO ORDERED.

/s/ Alison J. Nathan
12/3/21

    We appreciate the Court's consideration.

                                 Respectfully Submitted,

                                 /s/ Michael Tremonte
                                 Michael Tremonte

CC: All Counsel by ECF